■ In the Matter of JON E. COOPER, for Reinstatement to the Practice of Law in the State of New York. [885 NYS2d 659]—Order entered terminating suspension and reinstating petitioner

to the practice of law. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Sept. 17, 2009.)